UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO 6:19-CV-332-ORL-40TBS

JOSHUA KEMPFER,
individually and on behalf of all others
similarly situated,                                          **CLASS ACTION**

*Plaintiff*,                                                       **JURY TRIAL DEMANDED**

v.

NATIONAL COLLEGE OF BUSINESS
AND TECHNOLOGY COMPANY, INC.

*Defendant*,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Joshua Kempfer, by and through undersigned counsel, herby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: May 8, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, PA** |
|---|---|
| /s/ Andrew J. Shamis<br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>14 NE 1st Ave.<br>Suite 1205<br>Miami, Florida 33132<br>ashamis@shamisgentile.com<br>Telephone: 305.479.2299<br><br>Counsel for Plaintiff and the Class | Scott Edelsberg, Esq.<br>Florida Bar No. 0100537<br>scott@edelsberglaw.com<br>19495 Biscayne Blvd #607<br>Aventura, FL 33180<br>Telephone: 305-975-3320<br><br>Counsel for Plaintiff and the Class |

## CERTIFICATE OF SERVICE

  I hereby certify that on May 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Ave., Suite 1205
        Miami, FL 33132
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@shamisgentile.com

  By:  /S/Andrew J. Shamis____
     ANDREW J. SHAMIS, ESQ
     Florida Bar # 101754

     *Attorneys for Plaintiff Joshua Kempfer and all others similarly situated*