UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

JOSHUA KEMPFER, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.                                Case No.: 6:19-cv-00332-PGB-TBS

NATIONAL COLLEGE OF BUSINESS
AND TECHNOLOGY COMPANY, INC.
D/B/A FLORIDA TECHNICAL COLLEGE,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
AND FOR ENTRY OF FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    Plaintiff Joshua Kempfer and Defendant National College of Business and Technology Company, Inc., by and through their respective undersigned counsel, agree:

    1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of this action, each party to bear his, her or its own attorneys' fees and costs;

    2.    No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of the voluntary dismissal are not required under Rule 23(e) of the Federal Rules of Civil Procedure; and

    3.    Pursuant to the Court's May 9, 2019 Order [D.E. 28], entry of the proposed Final Order of Dismissal With Prejudice attached hereto.

Dated: June 5, 2019

Respectfully submitted:

| | |
|---|---|
| HOMER BONNER JACOBS, P.A.<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami Florida 33131<br>Phone: (305) 350-5100<br>Fax: (305) 372-2738 | SHAMIS & GENTILE, PA<br>14 NE 1st Ave.<br>Suite 1205<br>Miami, Florida 33132<br>Phone: (305) 479-2299<br>Fax: (786) 623-0915 |
| By:  *s/Andrew Vitali, III*<br>   Peter W. Homer<br>   Email: phomer@homerbonner.com<br>   Florida Bar No.: 291250<br>   Andrew Vitali, III<br>   Email:  avitali@homerbonner.com<br>   Florida Bar No.: 0057828<br><br>*Counsel for Defendant* | By:  *s/Andrew J. Shamis*<br>   Andrew J. Shamis<br>   Email: ashamis@shamisgentile.com<br>   Florida Bar No.: 101754<br><br>*Co-Counsel for Plaintiff*<br><br>and<br><br>EDELSBERG LAW, PA<br>2875 NE 191st Street, Suite 703<br>Aventura, Florida 33180<br>Phone: (305) 975-3320<br><br>By:  *s/Scott A. Edelsberg*<br>   Scott A. Edelsberg<br>   scott@edelsberglaw.com<br>   Florida Bar No.: 100537<br><br>*Co-Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By:    *s/Andrew Vitali, III*
        Andrew Vitali, III

## SERVICE LIST

*Joshua Kempfer v.*
*National College of Business and Technology Company, Inc. d/b/a Florida Technical College*
**Case No.: 6:19-cv-00332-PGB-TBS**
**United States District Court for the Middle District of Florida**
**Orlando Division**

Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Phone: (305) 479-2299
Email: ashamis@shamisgentile.com

Edelsberg Law, P.A.
Scott Edelsberg, Esq.
19495 Biscayne Blvd. #607
Aventura, FL 33180
Phone: (305) 975-3320
Email: scott@edelsberglaw.com

*Attorneys for Plaintiff*