**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA KEMPFER,

        Plaintiff,

v.                                 Case No:  6:19-cv-332-Orl-40TBS

NATIONAL COLLEGE OF BUSINESS
AND TECHNOLOGY COMPANY, INC.,

        Defendant.
_____/

**ORDER**

    This cause is before the court following review of the Joint Stipulation of Voluntary Dismissal with Prejudice and Entry of Final Order of Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety. (Doc. 29). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on June 6, 2019.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties